UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERNANDO GONZALEZ,

Petitioner,

v. Case No. 8:26-cv-2241-JLB-AEP

WARDEN, HILLSBOROUGH
COUNTY JAIL,

Respondent.
_______________________________/

# ORDER

Petitioner, a Florida pretrial detainee, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on August 3, 2026 (Doc. 1), in which he challenges "the detention of [his] physical body." (*Id.* at 2, ¶ 6). The Court takes judicial notice of records on the Hillsborough County Sheriff's Office website at https://webapps.hcso.tampa.fl.us/arrestinquiry that show Petitioner was released from custody on September 15, 2026. *See* Federal Rule of Civil Procedure 201(b) (Under Federal Rule of Evidence 201(b), a court may take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."). Thus, Petitioner's section 2241 petition is moot because the relief requested by Petitioner—release from detention—was granted. *See Nyaga v. Ashcroft*, 323 F.3d 906,

913 (11th Cir. 2003) (holding that "a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").

Accordingly, this action is **DISMISSED** as moot. The Clerk is **DIRECTED** to close the case.

**DONE and ORDERED** in Tampa, Florida, on October 19, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE